

THOMAS J. CATLIOTA
U. S. BANKRUPTCY JUDGE

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 12-27073 |
| | ) | Chapter 7 |
| TONY ARNEL MASSENBURG | ) | |
|     Debtor. | ) | |
| | ) | |
| | ) | |
| ROGER SCHLOSSBERG, CHAPTER 7 TRUSTEE, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | ADV. PRO. NO. 14-00077 |
| v. | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | *Counterclaim for Interpleader* |
| | ) | |
| ROGER SCHLOSSBERG, CHAPTER 7 TRUSTEE, and TONY ARNEL MASSENBURG, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

**CONSENT ORDER GRANTING PLAINTIFF'S COMPLAINT, DEFENDANT BANK OF AMERICA, N.A'S COUNTERCLAIM FOR INTERPLEADER RELIEF AND MOTION FOR ATTORNEYS' FEES**

Upon considering Plaintiff, Roger Schlossberg's (the "Trustee"), Complaint for Turnover (the "Complaint"), whereby the Trustee demanded turnover of the funds held in the Debtor's TAM Revocable Trust (the "Trust Funds"), Defendant Bank of America, N.A's ("Bank of

America")[1] Counterclaim for Interpleader Relief (the "Interpleader"), whereby Bank of America requested authority to deposit the Trust Funds into the Registry of the Court, and Bank of America's Motion for Attorneys' Fees (the "Motion for Attorneys' Fees"), whereby Bank of America requested $5,938.70 to be deducted from the Trust Funds prior to being deposited into the Court Registry, and it appearing that the Court has jurisdiction and after due deliberation and upon consent on behalf of the Trustee, the Debtor, and Bank of America (as evidenced by the signatures of their counsel below), the Court finds that sufficient cause exists to grant the relief.

Therefore, it is hereby **ORDERED** that:

1. Bank of America's counsel, McGuireWoods LLP, is awarded Attorneys' Fees in the amount of $3,000 to be deducted from the Trust Funds prior to turnover to the Trustee.

2. Bank of America shall immediately turnover the remaining balance of the Trust Funds to the Trustee.

3. Bank of America is discharged from any further liability relating to the Trust Funds.

4. The Complaint and Counterclaim are dismissed with prejudice.

Dated: _____         _____
                                     UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motions.

/s/ David I. Swan
David I. Swan
McGuireWoods LLP
1750 Tysons Blvd.
Suite 1800
Tysons Corner, VA 22102
Email: dswan@mcguirewoods.com

/s/ Roger Schlossberg
Roger Schlossberg
134 West Washington Street
P.O. Box 4227
Hagerstown, MD 21741-4227
Email: trustee@schlosslaw.com

/s/Eric Hans Kirchman
Eric Hans Kirchman
Kirchman & Kirchman
15 West Montgomery Avenue
Suite 205
Rockville, MD 20850
Email: kirchlaw@cs.com

## Certification of Consent
### (Administrative Order 03-02)

  I HEREBY CERTIFY that the terms of the copy of the foregoing *Consent Order* submitted to the Court are identical to those set forth in the original *Consent Order*; and the signatures represented by the _____/s/_____ on this copy reference the signatures of consenting parties on the original *Consent Order*.

             /s/ *David I. Swan*
             David I. Swan

56223452_3